BEFORE THE SECOND DIVISION, JUNE 24, 1940

**No. 44007.**—Protests 988414–G, etc., of Wm. Filenes Sons Co. et al. (Boston, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 44008.**—Protests 957559–G, etc., of Union Supply Co., Ltd., et al. (Honolulu, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 44009.**—Protests 815614–G–10542, etc., of Geo. Borgfeldt Corp. et al (New Orleans, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 44010.**—Petition 5999–R of F. W. Woolworth Co. (Boston).

Opinion by TILSON, J. The petition was dismissed.

**No. 44011.**—Protests 682412–G, etc., of Akawo & Co., Ltd., et al. (Baltimore and Norfolk).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 24, 1940

**No. 44012.**—Protest 999361–G of Amtorg Trading Corp. (New York).

Opinion by CLINE, J. The protest was submitted without evidence in support of the claims made. On the record presented it was overruled.

BEFORE THE FIRST DIVISION, JUNE 25, 1940

**No. 44013.**—Protest 983787–G of Geigy Co., Inc. (New York).

Opinion by BROWN, J. On the agreed facts it was held that the coal-tar dye in question is properly dutiable on the basis of a standard of strength of 100 percent under section 402 (c) and paragraph 28 (e), Tariff Act of 1930. The protest was accordingly sustained.